IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION : | CIVIL ACTION |
| Plaintiff : | |
| vs. : | NO. 08-04709 |
| LAFAYETTE COLLEGE : | |
| Defendant : | |

## ORDER

AND NOW, this 17th day of August, 2009, out of an abundance of caution, the Intervenor-Plaintiffs Shaun Gable and Janet Knauss as well as Intervenor-Plaintiffs Carla Ascani, Pamela Pels and Catherine Snyder shall file, within 10 days of the date of this Order, Amended Complaints redressing the issues raised by Defendant in its Motions to Dismiss. [Docs ##30, 31].

It is further Ordered that the Motion of the Defendants to Dismiss and for a more definite statement with respect to complaint filed in intervention by Shaun Gable and Janet Knauss [Doc. #30] is DENIED as moot.

It is further ORDERED that the Motion of the Defendants to Dismiss and for a more definite statement with respect to complaint filed in intervention by Carla Ascani, Pamela Pels and Catherine Snyder [Doc. #31] is DENIED as moot.

It is further ORDERED that the Motion of Carla Ascani, Pamela Pels and Catherine Snyder to Intervene [Doc. #10] is GRANTED.

It is further ORDERED that the Motion of Barry Stauffer for an extension of time [Doc. #25] is DENIED as moot.

It is further ORDERED that the Motion of the EEOC for Miscellaneous Relief [Doc. #40] is DENIED as moot.

BY THE COURT:

*S/THOMAS M. GOLDEN*
THOMAS M. GOLDEN, J.